360 A.2d 661

COMMONWEALTH

v.

OGELSBY, Appellant.

Submitted December 16, 1975. Lewis S. Small, for appellant; Antoinette R. Freeman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgments of sentence in Nos. 490 and 491, Sept. T., 1974, are affirmed. Nos. 1369 and 1370, Aug. T., 1974, are remanded to the trial court to allow appellant to file motions to withdraw his guilty pleas *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975).